323 F.2d 363
 Florence ATTAL, Administratrix of the Estate of Andrew I. Joseph, Deceased,
v.
The PENNSYLVANIA RAILROAD COMPANY, a corporation, Appellant.
 No. 14386.
 United States Court of Appeals Third Circuit.
 Argued October 11, 1963.
 Decided October 22, 1963.
 
 Appeal from United States District Court for the Western District of Pennsylvania; Wallace S. Gourley, Chief Judge.
 Hubert I. Teitelbaum, Pittsburgh, Pa., for appellant.
 E. V. Buckley, Pittsburgh, Pa. (Mercer & Buckley, Pittsburgh, Pa., on the brief), for appellee.
 Before KALODNER, STALEY and SMITH, Circuit Judges.
 PER CURIAM.
 
 
 1
 On review of the record we find no error. The judgment of the District Court entered pursuant to the jury's verdict will be affirmed. D.C., 212 F.Supp. 306.